1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINTON FROST,

        Plaintiff,

  v.

UNITED STATES DEPARTMENT OF JUSTICE,

        Defendant.

_____/

No. C 18-00469 JSW

**JUDGMENT**

     Pursuant to the Court's Order granting Defendant's motion to dismiss, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

     **IT IS SO ORDERED.**

Dated:  December 20, 2018

                          _____

                          JEFFREY S. WHITE
                          UNITED STATES DISTRICT JUDGE